FILED
CLERK, U.S. DISTRICT COURT

JUN 18 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>VICTOR GARCIA DE LA ROSA<br><br>                 Defendant. | CR 07-0369-R<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A) [X]    the appearance of defendant as required; and/or

    (B) [X]    the safety of any person or the community.

//

//

The court concludes:

A. ☒ Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from_
_criminal conduct_

(B) ☑ Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply with_
_conditions of release_

IT IS ORDERED that defendant be detained.

DATED: 6/18/15

*[signature]*
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE